

David B. Goodman
dg@glgchicago.com
312.626.1890

August 16, 2021

The Honorable Judge John Milton Younge -
 Chambers_Younge@paed.uscourts.gov
United State District Court For the
 Eastern District of Pennsylvania
4007 U.S. Courthouse
Courtroom 4-A
Philadelphia, PA 19106

      Re:    Walsh Construction Company II, LLC v. Arch Insurance Co., et al
               Case No. 20 cv-1679-JMY

Dear Judge Younge:

      This correspondence is sent on behalf of each of the parties in the above-referenced matter pursuant to this Court's October 13, 2020 Order (Dkt 52) staying the proceedings pursuant to the *Colorado River* doctrine. The Court's October 13, 2020 Order requires the parties to submit status reports every sixty (60) days concerning the underlying matter, *Donald Hattenbach et al. v. Bruce & Merrilees Electric Co., et al,* which is pending in the Court of Common Pleas of Philadelphia County, PA as Civil Action – Law, February Term, 2017, Case No. 07552 (the "Underlying Matter"). This correspondence is sent on behalf of all counsel of record to provide the status required by this Court's October 13, 2020 Order and pursuant to this Court's February 16, 2021 Order (Dkt. 55).

      On May 11, 2021, the Court of Common Pleas entered an order setting the Underlying Matter for jury trial with jury selection to take place on February 3, 2022 and the trial to commence on February 7, 2022.

                               Very truly yours,

                               GOODMAN LAW GROUP | CHICAGO

                               David B. Goodman

DBG/rz

cc: Bryan M. Shay, Esq.
　Amanda R. Hammar, Esq.
　　*Attorneys for Carr and Duff Inc.*

　Philip D. Priore, Esq.
　Conrad J. Benedetto
　　*Attorneys for National Union Fire Insurance Co.*

　William K. Conkin, Esq.
　Gregory J. Kelley, Esq.
　　*Attorneys for Bruce & Merrilees*

　Patrick J. Hughes, Esq.
　　*Attorneys for Arch Insurance Company*