IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALSH CONSTRUCTION COMPANY II, LLC, | ) ) ) | |
| | ) | Civil Action |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:20-cv-01679-JMY |
| | ) | |
| ARCH INSURANCE COMPANY; CARR AND DUFF, INC.; BRUCE & MERRILEES ELECTRIC, CO.; and NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION FOR VOLUNTARY DISMISSAL OF ALL CLAIMS

IT IS HEREBY STIPULATED and agreed by and between the undersigned attorneys for all parties in this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Counts I through V of this action be dismissed with prejudice, and Counts VI through X of this action be dismissed without prejudice, with each party to bear its own costs.

Dated: March 11, 2022

Respectfully submitted,

/s/ *David B. Goodman*
David B. Goodman, *Pro Hac Vice* (ARDC #6201242)
Kalli Nies, *Pro Hac Vice* (ARDC #6318089)
GOODMAN LAW GROUP | Chicago
20 North Clark Street – Suite 3300
Chicago, Illinois 60606
*Attorneys for Walsh Construction Co. II, LLC*

/s/ *Conrad J. Benedetto*
Conrad J. Benedetto
McCormick & Priore, P.C.
Four Penn Center
1600 John F. Kennedy Blvd.- Suite 800
Philadelphia, PA 19103
*Attorneys for National Union Fire Insurance Co. of Pittsburgh, PA*

/s/ *Amanda R. Hammar*
Amanda R. Hammar, Esq.
1600 JFK Blvd. 13th Floor
Philadelphia, PA 19103
*Attorneys for Carr And Duff, Inc.*


/s/ *Gregory J. Kelley*
Gregory J. Kelley, Esq.
Marshall Dennehey Warner
Coleman & Goggin
620 Freedom Business Center, Ste 300
King of Prussia, PA 19046
*Attorneys for Bruce & Merrilees Electric Co.*

/s/ *William Deveau*
William Deveau, Esq.
Connell Foley LLP
LibertyView Building
457 Haddonfield Road – Suite 230
Cherry Hill, NJ 08002
*Attorneys for Arch Ins. Co.*