IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALSH CONSTRUCTION COMPANY II, LLC, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ARCH INSURANCE COMPANY; )<br>CARR AND DUFF, INC.; BRUCE & )<br>MERRILEES ELECTRIC, CO.; and )<br>NATIONAL UNION FIRE )<br>INSURANCE CO. OF PITTSBURGH, )<br>PA )<br>)<br>Defendants. ) | Civil Action<br><br>Case No. 2:20-cv-01679-JMY |

**STIPULATION FOR VOLUNTARY DISMISSAL OF ALL CLAIMS**

IT IS HEREBY STIPULATED and agreed by and between the undersigned attorneys for all parties in this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Counts I through V of this action be dismissed with prejudice, and Counts VI through X of this action be dismissed without prejudice, with each party to bear its own costs.

Dated: March 11, 2022

Respectfully submitted,

/s/ *David B. Goodman*
David B. Goodman, *Pro Hac Vice* (ARDC #6201242)
Kalli Nies, *Pro Hac Vice* (ARDC #6318089)
GOODMAN LAW GROUP | Chicago
20 North Clark Street – Suite 3300
Chicago, Illinois 60606
*Attorneys for Walsh Construction Co. II, LLC*

/s/ *Conrad J. Benedetto*
Conrad J. Benedetto
McCormick & Priore, P.C.
Four Penn Center
1600 John F. Kennedy Blvd.- Suite 800
Philadelphia, PA 19103
*Attorneys for National Union Fire Insurance Co. of Pittsburgh, PA*

<table>
<tr><td>

/s/ *Amanda R. Hammar*
Amanda R. Hammar, Esq.
1600 JFK Blvd. 13th Floor
Philadelphia, PA 19103
*Attorneys for Carr And Duff, Inc.*

</td><td>

/s/ *William Deveau*
William Deveau, Esq.
Connell Foley LLP
LibertyView Building
457 Haddonfield Road – Suite 230
Cherry Hill, NJ 08002
*Attorneys for Arch Ins. Co.*

</td></tr>
</table>

/s/ *Gregory J. Kelley*
Gregory J. Kelley, Esq.
Marshall Dennehey Warner
Coleman & Goggin
620 Freedom Business Center, Ste 300
King of Prussia, PA 19046
*Attorneys for Bruce & Merrilees Electric Co.*

**/s/ *John Milton Younge***
**Judge John Milton Younge**

**Date: March 15, 2022**